ORDERED ACCORDINGLY.



Dated: April 11, 2011

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-05453

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Cameron Mark Dana and Amanda Batt Dana<br>　　　　Debtors.<br>──────────────────────────<br>US Bank National Association, as Trustee for the Banc of America Funding 2008-1 Trust by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc<br>　　　　Movant,<br>　　vs.<br><br>Cameron Mark Dana and Amanda Batt Dana, Debtors, Maureen Gaughan, Trustee.<br><br>　　　　Respondents. | No. 2:11-BK-04038-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 21, 2007 and recorded in the office of the Maricopa County Recorder wherein US Bank National Association, as Trustee for the Banc of America Funding 2008-1 Trust by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc is the current beneficiary and Cameron Mark Dana and Amanda Batt Dana have an interest in, further described as:

> LOT 60, OF SUMMER PLACE PHASE 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 218 OF MAPS, PAGE 40; CERTIFICATES OF CORRECTION RECORDED IN DOCKET 14210, PAGE 342, RE-RECORDED IN DOCKET 14218, PAGE 523 AND IN DOCKET 14381, PAGE 1106, AND AFFIDAVIT OF CORRECTION RECORDED IN DOCKET 15390, PAGE 754.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.